# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JONES

      Plaintiff        Civil No.     12-1334 (RJL)

vs.

KIRCHNER et al        Category    F

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Aug 28, 2012 from Judge Rudolph Contreras to Judge Richard J. Leon by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Rudolph Contreras    & Courtroom Deputy

       Judge Richard J. Leon    & Courtroom Deputy

Liaison, Calendar and Case Management Committee